UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE HOLLINGSHEAD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-231 |
| | § | |
| AETNA HEALTH INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL ORDER OF DISMISSAL

In accordance with this Court's Opinion and Order signed on this date, it is hereby

ORDERED that the above styled and numbered cause of action is hereby DISMISSED with prejudice.

SIGNED at Houston, Texas, this 13th day of February, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE